In the Matter of the Application of the CITY OF NEW YORK, Relative to Acquiring Title, etc., Public Park (East River Park), etc., Borough of Queens, etc.— Motion denied, without costs. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

In the Matter of HARRY COOK, an Attorney.— Motion granted. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

BERNHARD JOHNSON, Respondent, v. ROBERT GABRECHT, Appellant.— Motions denied, without costs. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

HERMAN JOSIAS, Respondent, v. SUGAR PRODUCTS COMPANY, Appellant. — Motion for stay granted, without costs. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

GEORGE MOSKOWITZ, Appellant, v. HENRY DAVIDSON, Respondent.— Motion granted, and stay continued. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ

BARNE SILVER, Appellant, and SILVER'S BATHING PAVILION, INC., Plaintiff, v. EGBURT E. WOODBURY, as Attorney-General, etc., and Another, Appellants, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals as renewed denied, without costs. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

BAKER-CROWELL, INC., Appellant, v. JESSE T. LIPPINCOTT, Respondent. — Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

MINNIE BECK, Respondent, v. WITTEMAN BROTHERS, Appellant. (Action No. 2.) — Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements, on authority of *Beck* v. *Witteman Brothers, No. 1* (185 App. Div. 643), decided herewith. Jenks, P. J., Thomas, Rich, Blackmar and Kelly, JJ., concurred.

SAMUEL BERNSTEIN, Respondent, v. JAMES M. WASHBURNE, Appellant. — Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the verdict to the sum of $10,000, and modify the judgment accordingly; in which event the judgment as so reduced, and the order, are unanimously affirmed, without costs. Present — Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ.

THE CLOVE VALLEY ROD AND GUN CLUB, Respondent, v. MARY A. BURNS, Appellant.— Judgments unanimously affirmed, with costs, upon the opinion of Mr. Justice Young at Special Term. (Reported in 105 Misc. Rep. 739.) Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.